IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

MINUTE SHEET

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | Date: | May 2, 2017 |
| vs. | Case No.: | 14-4075-06-CR-C-BCW |
| **Donte Donel Cathey** | | |

**Honorable Brian C. Wimes, presiding at Jefferson City, Missouri**

**Nature of Hearing:** Sentencing

**Time Commenced:** 3:27pm        **Time Terminated:** 4:02pm

### APPEARANCES

**Plaintiff's counsel:** Jim Lynn, AUSA
**Defendant's counsel:** Charles Douglas Shull
**Probation officer:** Sam Casey

**3:27pm**     **PROCEEDINGS IN COURTROOM:** Above parties present. Court adopted the Report and Recommendation of October 11, 2016, and accepted defendant's guilty plea.

There are objections to the Presentence Report. Court removed 2 level increase pursuant to 2D1.1(b)1. Total offense level changed to 19. Court asserts statutory guidelines. Counsel makes sentence recommendations. Defendant accorded allocution.

**SENTENCE:** Court imposed 72 months imprisonment on Count 1 of Third Superseding Indictment to run concurrent with Boone County Case 14BA-CR01338-01 and 13BA-CR-03067-01. SUPERVISED RELEASE – 3 Years; FINE: waived; MSA: $100. Defendant advised of right to appeal.

Court recommended defendant be designated to an institution for participation in the 500-hour residential substance abuse treatment program.

**Court Reporter:** Denise Halasey
**Courtroom Deputy:** J Russel